The Honorable Thomas O. Rice

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| MATTHEW L. LEBSACK,<br>**Plaintiff,**<br><br>v.<br><br>**UNION PACIFIC RAILROAD COMPANY,** a Delaware corporation<br><br>**Defendant.** | Case No. 2:18-CV-00019<br><br>**STIPULATED MOTION OF DISMISSAL AND [PROPOSED] ORDER** |

## STIPULATION

The Parties, through their undersigned counsel, hereby stipulate to dismissal of this action under Rule 41(a)(1) with prejudice, and without an award of costs to and fees to any party.

STIPULATED MOTION OF DISMISSAL
AND PROPOSED ORDER - Page 1

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1610
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004

DATED this 12th day of March, 2019.

| ROSSI VUCINOVICH, PC | FISHER & PHILLIPS LLP |
|---|---|
| By: *James K. Vucinovich* <br> James K. Vucinovich, WSBA # 29199 <br> jvucinovich@rvflegal.com <br> *Attorneys for Plaintiff* | By: Clarence M. Belnavis <br> Clarence M. Belnavis, WSBA #36681 <br> cbelnavis@fisherphillips.com <br> Margaret A. Burnham, WSB #47860 <br> mburnham@fisherphillips.com <br> Fisher & Phillips LLP <br> 1201 3rd Avenue, Suite 2750 <br> Seattle, WA 98101 <br> *Attorney for Defendant* |

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that this action is dismissed with prejudice.

Dated: _____, 2019          BY THE COURT:

_____
THE HONORABLE THOMAS O. RICE

Presented by:

ROSSI VUCINOVICH, PC

By: s/ *James K. Vucinovich*
James K. Vucinovich, WSBA # 29199
*Attorney for Plaintiff*

FISHER & PHILLIPS LLP

By: s/ Clarence M. Belnavis
Clarence M. Belnavis, WSBA #36681
*Attorney for Defendant*

STIPULATED MOTION OF DISMISSAL
AND PROPOSED ORDER - Page 2

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **STIPULATED MOTION OF DISMISSAL AND [PROPOSED] ORDER** on the date indicated with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Clarence M. Belnavis
Margaret A. Burnham
Fisher & Phillips LLP
1201 3rd Avenue, Suite 2750
Seattle, WA 98101
(206) 682-2308
cbelnavis@fisherphillips.com
amilligan@fisherphillips.com
**ATTORNEYS FOR DEFENDANT**

Robert J. Gibbons (US Mail)
Union Pacific Railroad Company
13181 Crossroads Parkway North, Suite 500
City of Industry, CA 9174
rgibbons@up.com
**ATTORNEYS FOR DEFENDANT**

Date: March 12, 2019          **ROSSI VUCINOVICH PC**

By: s/ *James K. Vucinovich*
James K. Vucinovich, WSBA No. 29199
**ATTORNEYS FOR PLAINTIFF**

STIPULATED MOTION OF DISMISSAL
AND PROPOSED ORDER - Page 3

ROSSI VUCINOVICH P.C.
1000 Second Avenue, Suite 1610
Seattle, Washington 98104
(425) 646-8003/ Fax (425) 646-8004