UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MATTHEW L. LEBSACK,<br><br>        Plaintiff,<br><br>   v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,<br><br>        Defendant. | NO: 2:18-CV-0019-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion of Dismissal (ECF No. 22). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. The parties have stipulated to the dismissal of this action with prejudice and without an award of costs or fees to any party.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 15, 2019.



THOMAS O. RICE
Chief United States District Judge